

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00187-CR

Jose David **DIAZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR4273
Honorable Catherine Torres-Stahl, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: April 30, 2025

DISMISSED FOR WANT OF JURISDICTION

In the underlying criminal case, Appellant, Jose David Diaz, was indicted for the felony offense of aggravated assault with a deadly weapon. On February 24, 2025, however, the State filed a motion to dismiss the indictment, which the trial court granted the same day. Nevertheless, Diaz filed a timely notice of appeal on March 21, 2025.

"A criminal defendant is not permitted to appeal a trial court's order dismissing a charge against him." *Kozitzki v. State*, No. 04-23-00511-CR, 2023 WL 3856707, at *1 (Tex. App.—San Antonio June 7, 2023, no pet.) (mem. op., not designated for publication) (citing *Bohannon v.*

*State*, 352 S.W.3d 47, 48 (Tex. App.—Fort Worth 2011, pet. ref'd); *Petty v. State*, 800 S.W.2d 582, 583–84 (Tex. App.—Tyler 1990, no pet.)). As a result, we ordered Diaz to show cause why this appeal should not be dismissed for want of jurisdiction. Diaz failed to respond to our order.[1]

Accordingly, we dismiss this appeal for want of jurisdiction. We dismiss any pending motions as moot.

PER CURIAM

DO NOT PUBLISH

---

[1] Although Diaz is represented by counsel, he filed two pro se documents after we issued our show cause order. Neither document, however, provides any response to our order.